licitor *General Fahy* and *Assistant Attorney General Berge* for the United States.

Nos. 731 and 732. STARR, ATTORNEY GENERAL, *v.* SCHRAM, RECEIVER. December 22, 1941. Petition for writs of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. MR. JUSTICE MURPHY took no part in the consideration and decision of this application. *Messrs. Herbert J. Rushton,* Attorney General of Michigan, *James F. Shepherd,* Chief Assistant Attorney General, and *Merlin Wiley* for petitioner. *Messrs. Robert S. Marx, Frank E. Wood,* and *George P. Barse* for respondent.

No. 729. HALVERSON, BENEFICIARY, *v.* UNITED STATES. December 22, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Joseph J. Witry* for petitioner. *Solicitor General Fahy* and *Messrs. Julius C. Martin, Wilbur C. Pickett, Keith L. Seegmiller* and *W. Marvin Smith* for the United States.